**\*E-FILED 6/15/09\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSE ALEXANDER CHINCHILLA and JOSE ANGEL MORALES,<br><br>   Plaintiffs,<br><br>   v.<br><br>DAVID CHEN and DOES 1-10,<br><br>   Defendants.<br>_____/ | Case No. 5:08 CV 5720 RS<br><br>ORDER VACATING CASE MANAGEMENT CONFERENCE |

In light of plaintiffs' request for entry of default against the defendant, the case management conference currently scheduled for June 17, 2009, shall be continued until a date to be determined by the Court.

IT IS SO ORDERED.

DATED:    6/15/09

_____
RICHARD SEEBORG
United States Magistrate Judge