*E-Filed 4/5/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALEXANDER CHINCHILLA, et al. | Case No. C 08-05720 RS |
| Plaintiffs, | |
| v. | **ORDER TO SHOW CAUSE** |
| DAVID CHEN, | |
| Defendant. | |

On November 9, 2009 plaintiffs' motion for entry of default judgment was denied without prejudice to a renewed motion supported by admissible evidence. In the more than one year since, plaintiff has failed to submit a new motion, or to take any other action to bring this litigation to a conclusion. Accordingly, plaintiff shall either file a request for dismissal or shall appear on April 21, 2011, at 1:30 p.m. and show cause why this action should not be dismissed, without prejudice, for failure to prosecute.

IT IS SO ORDERED.

Dated: 4/5/11

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE