**United States District Court**
For the Northern District of California

**\*E-Filed 4/21/11\***

1

2

3

4

5

6

7          IN THE UNITED STATES DISTRICT COURT

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                    SAN JOSE DIVISION

10

11   ALEXANDER CHINCHILLA, et al.                Case No. C 08-05720 RS

12          Plaintiffs,
        v.                                       **ORDER DISCHARGING ORDER TO**
                                                 **SHOW CAUSE**
13   DAVID CHEN,

14          Defendant.

15   _____/

16          The order to show cause filed on April 5, 2011, did not provide plaintiffs the option of

17   avoiding an appearance by filing a motion for default judgment.  In light of plaintiffs' filing of such

18   a motion, however, and good cause appearing, the order to show cause is discharged, and the

19   hearing set for April 21, 2011 is vacated.

20

21

22   IT IS SO ORDERED.

23

     Dated:  4/21/11
24

25   _____
        RICHARD SEEBORG
26      UNITED STATES DISTRICT JUDGE

27

28